ACCEPTED
03-13-00347-CR
5203518
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 8:28:06 AM
JEFFREY D. KYLE
CLERK



# John G. Jasuta

**Attorney at Law**
1801 East 51st Street, Suite 365-474
Austin, Texas 78723
Off. Tel. 512-474-4747
Fax: 512-532-6282

lawyer1@johnjasuta.com

www.texasappeallawyers.com

**Consultation by Appointment Only**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/8/2015 8:28:06 AM

JEFFREY D. KYLE
Clerk

**To**: Hon. Jeffrey D. Kyle
**Date**: May 8, 2015
**Subject**: _Pryor v. State_; No. 03-13-00347-CR

Dear Mr. Kyle:

I have obtained a copy of the Court's opinion in the above captioned case, delivered on May 1, 2015. I forwarded a copy to Ms. Pryor at the TDCJ-CID Mountain View Unit in Gatesville, Texas, with a letter advising her as required by Rule 48.4, Tex.R.App.Pro., and that letter has been received. The USPS shipping & delivery information is attached. I have, therefore, complied with the requirements of Rule 48.

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 85 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on May 8, 2015, a true and correct copy of the above and foregoing memo was transmitted via the eService function on the State's eFiling portal, to Clayton Hearrell (hearrc@co.comal.tx.us) and Joshua Presley (preslj@co.comal.tx.us), counsel of record for the State of Texas.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
1801 East 51st Street, Suite 365-474
Austin, Texas 78723
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282

State Bar No. 10592300

Attorney for Donna Pryor



**$5.05**
**US POSTAGE** PRIORITY MAIL
COMMERCIAL BASE PRICING

062S0005968630
FROM 78701

**stamps**.com
05/04/2015

# PRIORITY MAIL 1-DAY™

**0005**

# John G. Jasuta

Attorney at Law
1801 East 51st Street, Suite 365-474
Austin, Texas USA 78723
Tel: 512-474-4747

**R008**

**SHIP TO:** Donna Marie Pryor
TDCJ-CID No. 1859201
Mt. View Unit
2305 Ransom Rd
Gatesville TX 76528-2962

## USPS TRACKING #

**9405 5118 9956 2325 9360 33**

# Confidential Communication

# USPS Tracking™

**Tracking Number: 9405511899562325936033**



**Updated Delivery Day: Tuesday, May 5, 2015** Delivered

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
USPS Tracking™

Up to $50 insurance included
Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 5, 2015 , 8:04 am** | **Delivered** | **GATESVILLE, TX 76528** |
| | Your item was delivered at 8:04 am on May 5, 2015 in GATESVILLE, TX 76528. | |
| May 5, 2015 , 7:22 am | Out for Delivery | GATESVILLE, TX 76528 |
| May 5, 2015 , 7:12 am | Sorting Complete | GATESVILLE, TX 76528 |
| May 5, 2015 , 6:41 am | Arrived at Post Office | GATESVILLE, TX 76528 |
| May 4, 2015 , 8:54 pm | Departed USPS Facility | AUSTIN, TX 78710 |
| May 4, 2015 , 7:19 pm | Arrived at USPS Origin Facility | AUSTIN, TX 78710 |
| May 4, 2015 , 6:04 pm | Accepted at USPS Origin Sort Facility | AUSTIN, TX 78701 |